UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand and sixteen.

Before:  Pierre N. Leval,
 Richard C. Wesley,
  *Circuit Judges*,
 Brenda K. Sannes,
  *District Judge.*\*

_____

Church & Dwight Co., Inc.,

 Plaintiff - Appellee,

v.                                                                                     **JUDGMENT**
                                                                                       Docket No. 15-2411

SPD Swiss Precision Diagnostics, GMBH,

 Defendant - Appellant.

_____

The appeal in the above captioned case from the judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

 For The Court:

 Catherine O'Hagan Wolfe,
 Clerk of Court

_____
\* The Honorable Brenda K. Sannes, of the United States District Court for the Northern District of New York, sitting by designation.